UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIELLE H. SIMMONDS and
SONYA HENDERSON,
                Plaintiffs,

– against –

THE NEW YORK CITY DEPARTMENT OF
CORRECTION; MARTIN F. HORN, *as
Commissioner of the New York City Department of
Correction*; and SEAN HALL, *individually*,

                Defendants.



No. 06-CV-05298 (NRB)

~~PROPOSED~~ DEFAULT
JUDGMENT AGAINST
DEFENDANT SEAN HALL

On this day, the Court considered Plaintiff Danielle H. Simmonds's Motion for Default Judgment and Damages Against Defendant Sean Hall. This action was commenced on July 13, 2006, with the filing of a summons and complaint. On January 18, 2007, with leave of Court, the complaint at was amended. On February 1, 2007, a copy of the summons and amended complaint were served on Defendant Sean Hall by personally serving a person authorized to accept service at Defendant Sean Hall's usual place of business, Commanding Officer Martinez, at Anna M. Kross Center on Rikers Island, 18-18 Hazel St., East Elmhurst, New York. Proof of such service thereof was filed on June 11, 2007. Defendant Hall has failed to answer or otherwise move as to the Amended Complaint, and the time for doing so has expired. Further, through her Memorandum of Law in support of her Motion for Default Judgment, Plaintiff Simmonds had sufficiently established that $35,000 in compensatory damages and $15,000 in punitive damages are a reasonable amount of damages for the injuries she alleged in the amended complaint. Plaintiff Simmonds also demonstrated that she is entitled to attorneys' fees pursuant to the New York City Human Rights Law, N.Y.C. Admin. Code §§ 8-502(f) and 8-904, in an amount to be determined after the Court has ruled on Plaintiff's pending Petition for costs and attorneys' fees.

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that Plaintiff Danielle H. Simmonds have **JUDGMENT AGAINST** Defendant Sean Hall in the amount of **$50,000, plus costs and reasonable attorneys' fees.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Danielle H. Simmonds have **30 DAYS** from the day the Court rules on her petition seeking reasonable costs and attorneys' fees from Defendants New York City Department of Correction and Commissioner Martin F. Horn to **FILE** a petition seeking reasonable costs and attorneys' fees from Defendant Sean Hall.

Dated: New York, New York
September 18, 2008

Naomi Reice Buchwald
United States District Judge